1  KENNETH E. KELLER (SBN: 71450) KKeller@kksrr.com
   MICHAEL D. LISI (SBN 196974) MLisi@kksrr.com
2  KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
   114 Sansome Street, 4th Floor
3  San Francisco, CA 94104
   Telephone: (415) 249-8330
4  Facsimile: (415) 249-8333
5
   Attorneys for Defendant
6  CROWN EQUIPMENT CORP.
7
8              UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                 (SAN FRANCISCO DIVISION)
11
12 FRANK SCHAFFNER,                    Case No.: C09-00284 VRW

          Plaintiff,
13
   v.                                  **STIPULATION AND [PROPOSED]
14                                     ORDER TO EXTEND DEADLINE FOR
   CROWN EQUIPMENT CORPORATION dba     COMPLETION OF ADR**
15 CROWN LIFT TRUCKS
16
          Defendant.
17
18
19     Pursuant to Civil L.R. 6-2, Plaintiff Frank Schaffner and Defendant Crown Equipment
20 Corporation ("Crown") hereby stipulate as follows:
21     WHEREAS on May 26, 2009, the parties filed a Stipulation and Proposed Order
22 Selecting ADR Process [Docket No. 15] indicating that the parties intended to participate in
23 Private ADR;
24     WHEREAS on May 29, 2009, the Court executed the Stipulation and Proposed Order,
25 setting the deadline for the completion of mediation for 120 days from the date of that order
26 [Docket No. 18], i.e., on September 28, 2009;
27     WHEREAS the parties believe that any settlement efforts will be more productive if
28
                                            1
   _____
        STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE
                     FOR COMPLETION OF ADR
                      Case No.: C09-00284 VRW

certain discovery is completed prior to completing private ADR, and that such discovery will be completed within the next few months;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between counsel for the parties as follows:

That the deadline for completion of private ADR shall be extended until February 12, 2010.

Dated:  September 30, 2009                    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


By: _____/s/_____
  Michael D. Lisi
  Attorneys for Defendant CROWN EQUIPMENT CORP.


Dated:  September 30, 2009                    WELTIN LAW OFFICE, P.C.


By: _____/s/_____
  Philip R. Weltin
  Attorneys for Plaintiff FRANK SCHAFFNER


I hereby attest that I have been authorized by counsel for Plaintiff Frank Schaffner to execute on his behalf this Stipulation and [Proposed] Order To Extend Deadline For Completion Of ADR. Executed on this 30th day of September, 2009, at San Francisco, California.

_____/s/_____
  Michael D. Lisi


PURSUANT TO STIPULATION IT IS SO ORDERED

DATED:  10/1/2009               _____
                                JUDGE VAUGHN R WALKER
                                UNITED STATES DISTRICT JUDGE

_____
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE
FOR COMPLETION OF ADR
Case No.:  C09-00284 VRW