**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK SCHAFFNER,

    Plaintiff,

    v

CROWN EQUIPMENT CORPORATION dba CROWN LIFT TRUCKS.

    Defendant.
_____/

COSTCO WHOLESALE CORP,

    Lien Claimant.

No   C 09-0284 VRW

ORDER

On November 12, 2009, lien claimant Costco Wholesale Corporation ("Costco") filed an application for lien under California Labor Code section 3856. Doc #26. In response to Costco's application, the court ordered plaintiff to show cause why the court, in the event of judgment for the plaintiff and after ordering payment pursuant to section 3856(b), should not allow as a

1 first lien against the amount of such judgment for damages the
2 amount of Costco's expenditures for compensation together with any
3 amounts to which it may be entitled as special damages under section
4 3852.  Doc #27.  On February 11, 2010, plaintiff filed a response to
5 the court's order to show cause, conceding that "Costco may assert a
6 lien," but arguing that "Costco's application is premature" under
7 Cal Labor Code section 3856(b) and <u>Ellis v Wells Mfg, Inc</u>, 216 Cal
8 App 3d 312 (6th Dist 1989).  Doc #28.

9           After it received plaintiff's response, the court provided
10 Costco an opportunity to reply.  Doc #30.  Costco, however, declined
11 to do so by the deadline imposed by the court.

12           Having considered the matter and for the reasons stated in
13 plaintiff's opposition, Doc #28, the court DECLINES TO RULE on
14 Costco's application until after a judgment or settlement is reached
15 in this matter.

17           **IT IS SO ORDERED.**

20           VAUGHN R WALKER
             United States District Chief Judge