**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK SCHAFFNER,

    Plaintiff,

    v

CROWN EQUIPMENT CORPORATION dba
CROWN LIFT TRUCKS.

    Defendant.
_____/

COSTCO WHOLESALE CORP,

    Lien Claimant.

No   C 09-0284 VRW

ORDER

       The court is in receipt of four letters addressing various discovery concerns submitted by the parties in the above-captioned matter. Docs #49, 50, 52, 53. The parties are ORDERED to submit, on or before September 2, 2010, proposed FRCP 30(b)(6) deposition notices. At that time, each party shall additionally file a brief of not more than ten pages addressing why the respective notices are

1  appropriate.  Concurrently, defendant shall produce the "Accident
2  Summary" as a searchable PDF.  See Doc #50 at 2.
3       Furthermore, given the parties' lingering discovery
4  issues, the court STAYS all discovery –– other than that discussed
5  above –– until resolution of the FRCP 30(b)(6) issue and a further
6  case management conference.  The parties therefore are DIRECTED to
7  contact the docket clerk and schedule a case management conference
8  as soon as practicable after September 15, 2010.

10       IT IS SO ORDERED.

12       VAUGHN R WALKER
         United States District Chief Judge