1  KENNETH E. KELLER (SBN: 71450) kkeller@kksrr.com
   MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
2  KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
   555 Montgomery Street, 17th Floor
3  San Francisco, CA  94111
   Telephone:  (415) 249-8330
4  Facsimile:  (415) 249-8333

5
   Attorneys for Defendant
6  CROWN EQUIPMENT CORP.

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      (SAN FRANCISCO DIVISION)

11

| FRANK SCHAFFNER, | Case No.:  C09-00284 VRW |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO SCHEDULE FURTHER CASE MANAGEMENT CONFERENCE PURSUANT TO AUGUST 13, 2010 ORDER** |
| CROWN EQUIPMENT CORPORATION dba CROWN LIFT TRUCKS, NORTHWEST HANDLING SYSTEM, INC., | |
| Defendants. | |
| NORTHWEST  HANDLING SYSTEMS, INC., | |
| Cross-Claimant, | |
| v. | |
| CROWN EQUIPMENT CORPORATION dba CROWN LIFT TRUCKS, and DOES I-X, inclusive, and EACH OF THEM, | |
| Cross-Defendants. | |
| COSTCO WHOLESALE CORP., | |
| Lien Claimant. | |

1
_____
STIPULATION AND [PROPOSED] ORDER TO SCHEDULE FURTHER CASE
MANAGEMENT CONFERENCE PURSUANT TO AUGUST 13, 2010 ORDER
Case No.:  C09-00284 VRW

1  WHEREAS on August 13, 2010 this Court entered an Order [Docket No. 55] instructing the parties to schedule Further Case Management Conference as soon as practicable after September 15, 2010; and

WHEREAS, the parties have now met and conferred and decided upon a suitable date for a Further Case Management Conference;

IT IS HERBY STIPULATED THAT by and between counsel for the parties in this action that, subject to approval by the Court, the parties request that a Further Case Management Conference be set for September 23, 2010 at 11:00 A.M.

Dated: August 31, 2010            KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: _____/s/_____
Michael D. Lisi
Attorneys for Defendant CROWN EQUIPMENT CORP.

Dated: August 31, 2010            WELTIN STREB WELTIN LLP

By: _____/s/_____
Philip R. Weltin
Attorneys for Plaintiff FRANK SCHAFFNER

Dated: August 31, 2010            LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____/s/_____
Nora M. Nachtsheim
Attorneys for Defendant and Cross-Claimant for NORTH WEST HANDLING SYSTEMS, INC.

STIPULATION AND [PROPOSED] ORDER TO SCHEDULE FURTHER CASE MANAGEMENT CONFERENCE PURSUANT TO AUGUST 13, 2010 ORDER
Case No.: C09-00284 VRW

1   I hereby attest that I have been authorized by the above counsel to execute on their behalf this Stipulation and [Proposed] Order To Schedule Further Case Management Conference Pursuant to August 13, 2010 Order.

Executed on this 31st day of August, 2010, at San Francisco, California.

                             /s/
                          Michael D. Lisi

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 9/3/2010

JUDGE VAUGHN R. WALKER
UNITED STATES DISTRICT COURT

*[Seal: United States District Court, Northern District of California — signed Judge Vaughn R Walker]*

3

STIPULATION AND [PROPOSED] ORDER TO SCHEDULE FURTHER CASE
MANAGEMENT CONFERENCE PURSUANT TO AUGUST 13, 2010 ORDER
Case No.: C09-00284 VRW