IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK SCHAFFNER, | No   C 09-0284   VRW |
|     Plaintiff, | ORDER |
|     v | |
| CROWN EQUIPMENT CORPORATION dba CROWN LIFT TRUCKS. | |
|     Defendant. | |
| COSTCO WHOLESALE CORP, | |
|     Lien Claimant. | |

In the absence of the assigned judge, any outstanding discovery issues are HEREBY REFERRED to Magistrate Judge Joseph C Spero pursuant to 28 USC § 636.

IT IS SO ORDERED.

Vaughn R Walker
United States District Chief Judge