1

2

3

4

5                     IN THE UNITED STATES DISTRICT COURT

6              FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   FRANK SCHAFFNER,                        No    C 09-0284   VRW

9           Plaintiff,                           ORDER

10          v

11  CROWN EQUIPMENT CORPORATION dba
    CROWN LIFT TRUCKS.
12
13          Defendant.
    _____/

14  COSTCO WHOLESALE CORP,

15          Lien Claimant.
16  _____/

17          The court is in receipt of plaintiff's letter of October

18  8, 2010, Doc #66, in which plaintiff seeks guidance regarding an

19  upcoming 30(b)(6) deposition in the above-captioned action.  This

20  matter having been referred to the undersigned in the absence of

21  the assigned district judge, plaintiff's requests to expand the

22  time for Crown's 30(b)(6) deposition and to order Crown to produce

23  documents prior to the deposition are DENIED.

24

25          IT IS SO ORDERED.

26                                     _____

27                                     Joseph C Spero
                                       United States Magistrate Judge
28