

August 3, 2011

VIA ELECTRONIC FILING

Magistrate Judge Joseph C. Spero
United States District Court
For the Northern District of California
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

      Re:    Schaffner v. Crown Equipment Corp., et al.
              Case No.:C09-00284 SBA (JCS)

Dear Magistrate Judge Spero:

      We write on behalf of our client, defendant Crown Equipment Corporation ("Crown"), to request a brief extension of the schedule set out in the Court's August 2, 2011 Order in the above action.  Specifically, we ask that the deadline for the parties to conduct the in-person meet and confer be extended until Wednesday, August 10th, and that the deadline for submission of the Joint Letter be extended until August 15th.  We have spoken with Plaintiff's counsel, who does not oppose a short extension of the meet and confer deadlines.

      On August 2, 2011, the Court issued an order denying Plaintiff's recently filed Motion to Compel and Motion for Additional Depositions in the above-captioned matter for failure to comply with the Court's meet and confer requirements for such discovery issues.  In that Order, the Court ordered lead trial counsel for the parties to hold an in person meet and confer within the next five (5) calendar days to discuss the discovery issues raised by Plaintiff.  In addition, the Court ordered the parties to submit a letter brief no later than five (5) calendars after completion of the meet and confer.

      Based on the date of yesterday's order, the last day for the parties to meet and confer is this Sunday, August 7, 2011.  However, I am lead trial counsel for Crown in this matter, and I will be unavailable to meet and confer before, at the earliest, the afternoon of Tuesday, August 9, 2011.  I am scheduled to leave this afternoon for a pre-paid vacation, and I will be gone through Monday, August 8th.  Although I will be returning to the office on Tuesday morning, but will not be able to discuss these issues with Crown (whose representative is also traveling over the next five days) until some time that same morning.  Consequently, the earliest I would be available and prepared to meet and confer with Plaintiff is Tuesday afternoon, August 9th or Wednesday, August 10th.

555 Montgomery Street, 17th Floor • San Francisco, CA 94111 • 415.249.8330 • F 415.249.8333 • www.kksrr.com

Magistrate Judge Joseph C. Spero
August 3, 2011
Page 2

      As indicated, we have spoken with Plaintiff's counsel, who stated that he did not object to a short extension of the time to meet and confer. Consequently, we respectfully request that the Court grant Crown an extension until Wednesday, August 10, 2011 to complete the in-person meet and confer described in the Court's August 2 Order, and until Monday, August 15th for the parties to submit their Joint Letter to the Court.

                                               Very truly yours,

                                               Kenneth E. Keller

KEK/MDL/all
cc:    Daniel R. Weltin, Esq. (via email)
        Nora M. Nachtsheim, Esq. (via email)
        Lawrence R. Moore, Jr. (via email)

Dated: Aug. 4, 2011



IT IS SO ORDERED

Judge Joseph C. Spero