Philip R. Weltin, Esq. SBN 46141
Daniel R. Weltin, Esq. SBN 226600
WELTIN LAW OFFICE, P.C.
1432 Martin Luther King Jr. Way
Oakland, California 94612
Telephone (510) 251-6060
Facsimile (510) 251-6040

Attorneys for Plaintiff
Frank Schaffner

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK SCHAFFNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CROWN EQUIPMENT CORPORATION dba CROWN LIFT TRUCKS,<br><br>　　　　　Defendants. | Case No. CV-09-00284 SBA<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINES** |

Due to unforeseen circumstances, discovery scheduled to be completed in June 2011 has been delayed until July 2011. In addition, Plaintiff's counsel will be unavailable for several weeks in late August 2011 for paternity leave. The parties therefore stipulate to the following deadlines:

Fact discovery deadline of September 2, 2011 continued to October 21, 2011;

Disclosure of experts September 2, 2011 continued to October 21, 2011;

Disclosure of rebuttal experts 14 days thereafter;

Expert discovery completed by December 2, 2011.

1
Stipulation and [Proposed] Order Extending Discovery Deadlines

1  The parties respectfully request that the Court permit and grant the above extension of
2  deadlines to complete discovery.

Dated: June ___, 2011         /s/_____
                              Daniel R. Weltin, Esq.
                              WELTIN, STREB & WELTIN LLP
                              For Plaintiff Frank Schaffner

Dated: June ___, 2011         /s/_____
                              Kenneth E. Keller, Esq.
                              Michael D. Lisi, Esq.
                              KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
                              For Defendant Crown Equipment Corp.

Dated: June ___, 2011         /s/_____
                              Christopher J. Nevis, Esq.
                              Nora M. Nachtsheim, Esq.
                              LEWIS BRISBOIS BISGAARD & SMITH, LLP
                              For Defendant Northwest Handling Systems, Inc.

**ORDER**

Based upon the stipulation of the parties, and for good cause, it is so ordered..

Dated: 8/1/11                 *Saundra B. Armstrong*
                              Hon Saundra Brown Armstrong

2
Stipulation and [Proposed] Order Extending Discovery Deadlines