**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ATTORNEYS AT LAW

One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone: 415.362.2580
Fax: 415.434.0882
www.lbbslaw.com

NORA M. NACHTSHEIM
DIRECT DIAL: 415.438.5934
E-MAIL: nachtsheim@lbbslaw.com

September 1, 2011

**VIA ELECTRONIC COURT FILING**

Magistrate Judge Joseph C. Spero
United States District Court
For the Northern District of California
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Schaffner v. Crown Equipment Corp., et al.*
Case No. 4:09-CV-00284-SBA (JCS)

Dear Magistrate Judge Spero:

Attorney Nora Nachtsheim, on behalf of defendant North West Handling Systems, Inc., hereby requests permission to appear by telephone for the Discovery Hearing as to the Joint Letter Brief, docket no. 96, before Magistrate Judge Spero on September 9, 2011 at 9:30 a.m.

Defendant North West Handling Systems, Inc. is not directly involved in the discovery dispute between plaintiff and defendant Crown, which is the subject of the Joint Letter Brief. Nonetheless, the outcome of this discovery dispute that is the subject of this hearing will have an overall impact on this litigation. Defendant North West Handling Systems thus has an interest in listening to oral argument.

Attorney Nora Nachtsheim's direct land line is 415.438.5934.

Thank you.

It is hereby ordered that counsel shall be on phone standby beginning at 9:30 AM and await the Court's call.
Dated: 9/2/11

*IT IS SO ORDERED*
Judge Joseph C. Spero

Respectfully Submitted,

/s/
Nora M. Nachtsheim of
LEWIS BRISBOIS BISGAARD & SMITH LLP

NMN:ea
cc: All Counsel

ATLANTA • BEAUMONT • CHARLE... • LAUDERDALE • HOUSTON • LAFAYETTE • LAS VEGAS • LOS ANGELES • NEW ORLEANS
NEW YORK • NEWARK • ORANGE... • PHOENIX • SACRAMENTO • SAN BERNARDINO • SAN DIEGO • SAN FRANCISCO • TAMPA • TUCSON

4810-9660-4682.1