| | |
|---|---|
| 1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| | CHRISTOPHER J. NEVIS, SB# 162812 |
| 2 |   Email: nevis@lbbslaw.com |
| | NORA M. NACHTSHEIM, SB# 221618 |
| 3 |   Email: nachtsheim@lbbslaw.com |
| | BEAU R. BURBIDGE, SB# 267267 |
| 4 |   Email: burbidge@lbbslaw.com |
| | One Sansome Street, Suite 1400 |
| 5 | San Francisco, California 94104 |
| | Telephone: (415) 362-2580 |
| 6 | Facsimile: (415) 434-0882 |
| 7 | Attorneys for Defendant NORTH WEST HANDLING SYSTEMS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| FRANK SCHAFFNER, | CASE NO. 4:09-CV00284 SBA |
| Plaintiff, | [~~PROPOSED~~] **ORDER COMPELLING THE PHYSICAL EXAMINATION OF PLAINTIFF** |
| v. | |
| CROWN EQUIPMENT CORPORATION dba CROWN LIFT TRUCKS; NORTH WEST HANDLING SYSTEMS, INC., | Date: November 23, 2011<br>Time: 11:00 a.m.<br>Dept.: Courtroom G – 15th Floor<br>Judge: Honorable Joseph C. Spero |
| Defendant. | |

Defendant NORTH WEST HANDLING SYSTEMS, INC.'S ("NWHS") Motion for an Order Compelling Plaintiff FRANK SCHAFFNER ("Plaintiff") to appear for and submit to a physical examination by Dr. John O. Missirian, M.D., ~~came on for hearing on November 23, 2011, in Courtroom G – 15th Floor of the above-captioned Court~~ will be decided without a hearing - JCS. Having reviewed and considered the documents submitted in support of ~~and in opposition to~~ the motion, and no opposition - JCS having been filed ~~the Court's records, and the arguments of counsel and good cause appearing therefore~~, **IT IS HEREBY ORDERED THAT**:

1. NWHS' motion for an order compelling Plaintiff to appear for and submit to a physical examination by Dr. John O. Missirian, M.D., is granted.

2. Dr. Missirian will perform a non-invasive physical examination of Plaintiff. This examination will consist of a medical, social and family history from Plaintiff; performing non-painful, non-protracted, non-intrusive tests; performing a medical exam, if deemed necessary;

taking x-rays or an MRI, if deemed necessary; and reviewing records to render a proper diagnosis, prognosis, and medical conclusion.

3. The examination will take place on November 30, 2011 at 1:45 p.m. [~~or alternatively on _____, 2011 at _____ a.m/p.m.~~] in Dr. Missirian's office, located at 1800 Sullivan Avenue, Suite 402, Daly City, California 94015.

4. Dr. Missirian shall provide his report on the examination to both Plaintiff and NWHS within 10 days following the exam.

5. Counsel for Plaintiff may attend Dr. Missirian's examination.

6. If for any reason Plaintiff is unable to make the appointment as scheduled, a $450 cancellation/no show fee will be borne by Plaintiff.

**IT IS SO ORDERED.**

Dated: Nov. 22, 2011

THE HON. _____ C. SPERO
Judge Joseph C. Spero

2

4:09-CV00284 SBA