UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRANK SCHAFFNER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CROWN EQUIPMENT CORPORATION dba CROWN LIFT TRUCKS; NORTH WEST HANDLING SYSTEMS, INC.,<br><br>　　　　Defendants. | Case No: C 09-00284 SBA<br><br>**ORDER** |
| NORTH WEST HANDLING SYSTEMS, INC.,<br><br>　　　　Cross-Claimant,<br><br>　vs.<br><br>CROWN EQUIPMENT CORPORATION dba CROWN LIFT TRUCKS; NORTH WEST HANDLING SYSTEMS, INC.,<br><br>　　　　Cross-Defendants. | |

　　　Good cause appearing,

　　　IT IS HEREBY ORDERED THAT Plaintiff is granted leave to file <u>one</u> memorandum, not to exceed fifteen (15) pages, pertaining to defense experts.  Defendants may file <u>one</u> memorandum in opposition to Plaintiff's motion, not to exceed fifteen (15) pages.  Plaintiff's reply shall not exceed nine (9) pages.  <u>The Court will not consider any motion unless the parties certify in writing that they have met and conferred in a good faith attempt to resolve the dispute without court intervention</u>.

　　　IT IS SO ORDERED.

Dated: January 24, 2012

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　United States District Judge