CHRISTOPHER J. NEVIS, SB# 162812
  Email: nevis@lbbslaw.com
NORA M. NACHTSHEIM, SB# 221618
  Email: nachtsheim@lbbslaw.com
BEAU R. BURBIDGE, SB# 267267
  Email: burbidge@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California  94104
Telephone: (415) 362-2580
Facsimile:  (415) 434-0882

Attorneys for Defendant NORTH WEST HANDLING SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| FRANK SCHAFFNER,<br><br>  Plaintiff,<br><br>  v.<br><br>CROWN EQUIPMENT CORPORATION dba CROWN LIFT TRUCKS; NORTH WEST HANDLING SYSTEMS, INC.,<br><br>  Defendants.<br>NORTHWEST HANDLING SYSTEMS, INC.,<br><br>  Cross-Claimant,<br><br>  v.<br><br>CROWN EQUIPMENT CORPORATION dba CROWN LIFT TRUCKS, AND DOES I - X, INCLUSIVE, AND EACH OF THEM,<br><br>  Cross-Defendants. | CASE NO. 4:09-CV00284 SBA<br><br>**STIPULATION AND ORDER REGARDING DISMISSAL OF NORTH WEST HANDLING SYSTEMS, INC. FROM PLAINTIFF'S FIRST AMENDED COMPLAINT** |

## **STIPULATION**

It is agreed that Plaintiff FRANK SCHAFFNER, by and through his attorneys, voluntarily

dismisses with prejudice its First Amended Complaint as to defendant NORTH WEST HANDLING

SYSTEMS, INC. only in the matter of *Frank Schaffner v. Crown Equipment Corporation dba Crown Lift Trucks, et al.,* Case No. 4:09-CV00284.

|  |  |
|---|---|
|  | WELTIN LAW OFFICE |
| DATE:  5/14/2012 | /s/ Jason Green-Lowe for DRW<br>PHILLIP WELTIN<br>DANIEL WELTIN<br>Attorneys for Plaintiff Frank Schaffner |
| DATE:  5/14/2012 | LEWIS BRISBOIS BISGAARD & SMITH |
|  | /s/   Nora M. Nachtsheim<br>NORA M. NACHTSHEIM<br>Attorneys for   North West Handling Systems |

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

DATE:5/17/12

_____
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE