UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRANK SCHAFFNER,<br><br>  Plaintiff,<br><br>  vs.<br><br>CROWN EQUIPMENT CORPORATION dba CROWN LIFT TRUCKS; NORTH WEST HANDLING SYSTEMS, INC.,<br><br>  Defendants. | Case No: C 09-00284 SBA<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION**<br><br>Docket 228 |

Having read and considered Defendant Crown Equipment Corporation's unopposed Miscellaneous Administrative Request for Leave to Amend Motions in Limine and for Additional Pages, and finding good cause therefrom,

IT IS THEREFORE ORDERED THAT:

1. Defendant's Administrative Request is GRANTED.

2. Defendant may file an amended motion in limine in order to (a) clarify the documents and information it seeks concerning the settlement between Plaintiff and Northwest Handling Systems, and (b) seek the exclusion of testimony from Jose Garcia.  Defendant's amended motion in limine shall be filed by Noon on <u>June 29, 2012</u>; Plaintiff's amended opposition shall be filed by close of business on <u>July 2, 2012</u>; and Defendant's amended reply shall be filed by <u>July 3, 2012</u>.  The moving and opposition papers are limited to twelve (12) pages and the reply is limited to six (6) pages.  The parties shall certify that they met and conferred in good faith on all disputed issues before filing their respective briefs.  This order terminates Docket 197 and 228.

IT IS SO ORDERED.

Dated: June 28, 2012

SAUNDRA BROWN ARMSTRONG
United States District Judge