1

2

3

4

5

6

7                       UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                            OAKLAND DIVISION

10

| | |
|---|---|
| FRANK SCHAFFNER, | Case No:  C 09-00284 SBA |
| Plaintiff, | ORDER OF CONDITIONAL DISMISSAL |
| vs. | |
| CROWN EQUIPMENT CORPORATION dba CROWN LIFT TRUCKS, | |
| Defendant. | |

11

12

13

14

15

16

17        The Court having been notified of the settlement of this action, Dkt. 236, and it

18   appearing that no issue remains for the Court's determination,

19        IT IS HEREBY ORDERED THAT this action and all claims asserted herein are

20   DISMISSED with prejudice.  In the event that the settlement is not reached, any party may

21   move to reopen the case and the trial will be rescheduled, provided that such motion is filed

22   within 30 days of this order.  All scheduled dates, including the trial and pretrial dates, are

23   VACATED.

24        IT IS SO ORDERED.

25   Dated:  July 11, 2012

                                          _____
26                                        SAUNDRA BROWN ARMSTRONG
                                          United States District Judge

27

28